## COOK v. STATE.

No. 19940.

Court of Criminal Appeals of Texas.

June 15, 1938.

R. H. Templeton, of Wellington, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for driving an automobile upon the public highway while under the influence of intoxicating. liquor; penalty assessed at confinement in the penitentiary for one year.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## ABLES v. STATE.

No. 19939.

Court of Criminal Appeals of Texas.

June 15, 1938.

J. M. Parker, of Gorman, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft of a horse is the offense; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.